# Court of Appeals
# of the State of Georgia

ATLANTA,  March 26, 2020

*The Court of Appeals hereby passes the following order:*

**A20D0329 & A20A1548.  ARTHUR E. FERDINAND, FULTON COUNTY TAX COMMISSIONER v. FULTON COUNTY, GEORGIA.**

Arthur E. Ferdinand, Fulton County Tax Commissioner and petitioner in the declaratory judgment/mandamus proceeding below, has filed both an application for discretionary appeal and a notice of appeal from the superior court's order granting summary judgment to Respondent Fulton County. The case concerns a dispute between the Tax Commissioner and the County as to whether certain employees are covered by the County's Civil Service Act and Merit System as amended in 2013. Appellate jurisdiction appears to lie in the Supreme Court.

In a 2007 opinion, the Supreme Court addressed the same question under an older version of the Act.  See *Ferdinand v. Fulton County*, 281 Ga. 643 (641 SE2d 787) (2007).  In its opinion, the Court observed that, to decide the case, it had analyzed "the legislative and constitutional provisions that created the Fulton County civil service system." Id. at 644 (1) n.1.  It appears that resolution of the current litigation will likewise require an analysis of both legislative provisions, including the 2013 Act, and constitutional provisions.

The Supreme Court "has exclusive jurisdiction over all cases involving construction of the Constitution of the State of Georgia and of the United States . . . ." *Atlanta Independent School System v. Lane*, 266 Ga. 657, 657 (1) (469 SE2d 22) (1996) (citing Ga. Const. of 1983, Art. VI, Sec. VI, Par. II (1)).  In addition, the Supreme Court has the ultimate responsibility for determining appellate jurisdiction. See *Saxton v. Coastal Dialysis & Med. Clinic, Inc.*, 267 Ga. 177, 178 (476 SE2d 587) (1996).  Accordingly, this application and direct appeal are hereby TRANSFERRED

to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,*  *03/26/2020*
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*